UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,
    Petitioner,

vs.                                                     Case No.:  1:25cv150-MCR-ZCB

RON DESANTIS,
    Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on June 9, 2025. *See* ECF No. 3.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. The 28 U.S.C. § 2241 habeas petition (ECF No. 1) is **DISMISSED without prejudice** as frivolous and based on *Younger* abstention.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**